DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION
**CIVIL ACTION NO.:     5:15-cv-2831-JMC**

| | |
|---|---|
| Teresa P. Faust as Personal Representative of the Estate of Sharhonda T. Turnipseed,<br><br>Plaintiff,<br><br>v.<br><br>Continental Tire the Americas, LLC; COSSI Holdings, LLC d/b/a SpeeDee Oil Change and Auto Service and SpeeDee Worldwide Corporation d/b/a SpeeDee Oil Change and Auto Service,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SETTLEMENT APPROVAL

The Plaintiff hereby moves the Court for an Order approving the settlement reached in this matter between the Plaintiff and Defendants Continental Tire the Americas, LLC ("CTA"); and COSSI Holdings, LLC and Worldwide Corporation (collectively "SpeeDee").  This action was instituted by Teresa P. Faust as Personal Representative of the Estate of Sharhonda T. Turnipseed. Pursuant to the South Carolina Code §15-51-41 *et seq*. this settlement must be approved by the Court.

The Plaintiff hereby requests a time for the Court to consider the terms of this settlement.  The parties will provide a Petition for Approval and Proposed Order prior to the hearing or as otherwise directed by the Court.

1

Beth E. Bernstein, Esq.
Fed ID #9741
beth@bblawsc.com
Bernstein & Bernstein, LLC
PO Box 583
Columbia, SC 29202
Phone: (803) 799-7900
Fax: (803) 799-7996

~and~

PETERS, MURDAUGH, PARKER, ELTZROTH
& DETRICK, P.A.

BY:    s/Ronnie L. Crosby
        Ronnie L. Crosby
        Fed ID #6311
        rcrosby@pmped.com
        Randolph Murdaugh, IV
        Fed ID #6319
        randy@pmped.com
        R. Alexander Murdaugh
        Fed ID #6342
        amurdaugh@pmped.com
        Austin H. Crosby
        Fed ID #11536
        acrosby@pmped.com
        101 Mulberry Street East
        PO Box 457
        Hampton, SC 29924
        Phone: (803) 943-2111
        **ATTORNEYS FOR PLAINTIFF**

November 14, 2016
Hampton, South Carolina

2